**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| COLONY SPECIALTY INSURANCE COMPANY | CIVIL ACTION NO. 22-293-SDD-SDJ |
| VERSUS | JUDGE SHELLY D. DICK |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ET AL | MAGISTRATE JOHNSON |

<u>**JOINT NOTICE OF SETTLEMENT**</u>

   NOW INTO COURT, through undersigned counsel, comes Plaintiff, Colony Specialty Insurance Company ("Colony"), and Defendants, Allstate Insurance Company ("Allstate"), Crum & Forster Specialty Insurance Company ("Crum & Forster"), and Pool and Concrete Specialties, Inc., who file this Notice to notify the Court that the Parties have agreed in principle to settle the disputes between them in the above-captioned matter.  The Parties are in the process of finalizing the terms of the settlement release, after which they will file joint motions to dismiss, with prejudice, the claims set forth by Colony in this matter. The Parties, therefore, respectfully request that the Court take this case off the trial docket and cancel all pending pretrial and trial deadlines. Respectfully submitted,

| | |
|---|---|
| */s/ Gabriel J. Winsberg*<br>John W. Sinnott (La. Bar No. 23943)<br>Gabriel J. Winsberg (La. Bar No. 38943)<br>IRWIN FRITCHIE URQUHART MOORE &<br>DANIELS, LLC<br>400 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130<br>Tel: (504) 310-2100<br>jsinnott@irwinllc.com<br>gwinsberg@irwinllc.com<br>*Counsel for Colony Specialty Insurance*<br>*Company a/s/o Central Pools, Inc.* | */s/ A. Todd Caruso*<br>A. Todd Caruso (LA Bar No. 24993)<br>BOYER, HEBERT, CARUSO, &<br>ANGELLE, LLC<br>1280 Del Este Avenue<br>Denham Springs, LA 70726<br>Phone: (225) 664-4335<br>Email: tcaruso@bhcalaw.com<br>*Counsel for Pool & Concrete Specialties, Inc.* |

| | |
|---|---|
| */s/ Christina A. Culver*<br>Christina A. Culver (#36167)<br>THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>One Riverway, Suite 1400<br>Houston, Texas 77056<br>Telephone: (713) 403-8210<br>Facsimile: (713) 403-8299<br>Email: cculver@thompsoncoe.com<br>*Counsel for Crum & Forster Specialty Insurance Company* | /s/ Wade A. Johnson<br>WADE A. JOHNSON (#21315)<br>3850 N. Causeway Boulevard, Ste. 108<br>Metairie, LA 70002<br>(504) 547-4516 Phone<br>wade.johnson@allstate.com<br>*Attorney for Allstate Insurance Company* |